**IN UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Pine Petroleum, Inc., | ) | Cause No. 4:12-cv-079 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER RESCHEDULING** |
| | ) | **JURY TRIAL AND** |
| S. Jean Ekern and | ) | **FINAL PRETRIAL CONFERENCE** |
| Clara Louise Rasmussen, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The court held a telephone conference regarding scheduling and discovery deadlines in the above-entitled action on November 9, 2012. Pursuant to the parties' discussions, it is

**ORDERED**:

1. The jury trial set for June 4, 2013, is rescheduled for September 10, 2013 at 9:30 a.m. in Bismarck Courtroom 2 before the undersigned. A four (4) day trial is anticipated; and

2. The final pretrial conference set for May 31, 2013, is rescheduled for August 28, 2013 at 1:30 p.m. by telephone before the undersigned. The court will initiate the conference call.

Dated this 9th day of November, 2012.

                                                           */s/ Charles S. Miller*
                                                           Charles S. Miller
                                                           United States Magistrate Judge